BOND SCHOENECK & KING

68 South Service Road, Suite 400, Melville, NY 11747-9750 | **bsk.com**

**JACQUELINE GIORDANO**
jgiordano@bsk.com
P: 516.267.6311
F: 516.267.6376

# MEMO ENDORSED

July 9, 2026

**VIA ELECTRONIC FILING**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

*Re: Finkel v. Systems Application Information Network, Inc. d/b/a Computer Resources of America (S.D.N.Y. 1:26-cv-02605)*

Dear Honorable Judge Ramos:

We represent Defendant Systems Application Information Network, Inc. d/b/a Computer Resources of America ("Defendant" or "CRA") in the above-captioned matter.

Following a premotion conference held on June 16, 2026, Defendant was granted leave to file a motion to dismiss, with initial moving papers due on July 14, 2026. Defendant respectfully requests a one-week extension of time for the motion, such that initial moving papers be due on July 21, 2026; Plaintiff's opposition be due on August 11, 2026; and Defendant's reply be due on August 18, 2026. Plaintiff consents to this request.

This is the first request for an extension of time. Defendant appreciates the Court's consideration of this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Jacqueline Giordano

The request is granted. Defendant's deadline to file the motion to dismiss is extended to July 21, 2026. Plaintiff's opposition is due August 11, 2026. Defendant's reply is due August 18, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 10, 2026
New York, New York