LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Sara J. Isaacson

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.738.9358
sara@lipskylowe.com

www.lipskylowe.com

**MEMO ENDORSED**

August 6, 2026

VIA ECF
The Honorable Edgardo Ramos, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Finkel v. Systems Application Information Network, Inc.*,
Case No. 1:26-cv-2605

Dear Judge Ramos:

This firm represents the Plaintiff. We write, in accordance with Your Honor's Individual Practices, Rule 1(E), to respectfully request a brief one-week extension of time to submit Plaintiff's opposition to Defendant's Motion to Dismiss the Amended Complaint (the "Motion"), the deadline for which is presently August 11, 2026. Defendant consents to this request. This is Plaintiff's first request of its kind. However, Plaintiff notes that Defendant previously requested an extension of time to file the Motion, which correspondingly pushed back Plaintiff's initial deadline to file his opposition.

The reason for the request is that Plaintiff requires the additional time to finalize his opposition. Plaintiff, accordingly, respectfully requests that the deadline to file his opposition be extended to August 18, 2026 and that Defendant's deadline to file its reply papers – which are presently due on August 18, 2026 – be extended to August 25, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Sara J. Isaacson
Sara J. Isaacson

CC: All Counsel of Record (via ECF)

The request is granted. Plaintiff is directed to file his opposition to the motion to dismiss by August 18, 2026. Defendant's deadline to file a reply brief is extended to August 25, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 7, 2026
New York, New York